# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

### Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

### Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, f/k/a MINNESOTA MINING AND MANUFACTURING CO. |
| Defendant 2 | AGC CHEMICALS AMERICAS, INC. |
| Defendant 3 | AMEREX CORP. |
| Defendant 4 | ARCHROMA US, INC. |
| Defendant 5 | ARKEMA, INC. |
| Defendant 6 | BASF CORP. |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT CO. |
| Defendant 8 | CARRIER GLOBAL CORP. |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC. |
| Defendant 11 | CHEMICALS, INC. |
| Defendant 12 | THE CHEMOURS CO. |
| Defendant 13 | CHEMOURS COMPANY FC, L.LC. |
| Defendant 14 | CHUBB FIRE, LTD. |
| Defendant 15 | CLARIANT CORP. |
| Defendant 16 | CORTEVA, INC. |
| Defendant 17 | DEEPWATER CHEMICALS, INC. |
| Defendant 18 | DU PONT DE NEMOURS, INC. f/k/a DOWDUPONT, INC. |
| Defendant 19 | DYNAX CORP. |
| Defendant 20 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 21 | KIDDE P.L.C., INC. |
| Defendant 22 | NATION FORD CHEMICAL CO. |
| Defendant 23 | NATIONAL FOAM, INC. |
| Defendant 24 | TYCO FIRE PRODUCTS, L.P. as successor-in-interest to THE ANSUL COMPANY |
| Defendant 25 | UNITED TECHNOLOGIES CORP. |
| Defendant 26 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

   ☒ Diversity

   ☒ Federal Question

   ☐ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

   ☒ Other: Racketeer Influenced and Corrupt Organizations Act, Comprehensive Environmental Response, Compensation, and Liability Act Pursuant to 18 U.S.C. § 1961, *et seq*

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

   - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
   - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
   - Exposure to turnout gear ("TOG") containing PFAS.

   The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

   Kidney Cancer
   Testicular Cancer
   Thyroid Disease
   Ulcerative Colitis
   Liver Cancer
   Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries

alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I - Defective Design
> Count II - Failure to Warn
> Count III - Negligence
> Count IV - Negligence Per Se
> Count V - Trespass and Battery
> Count VI - Strict Product Liability
> Count VII - Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII - Concealment, Misrepresentation, and Fraud
> Count IX - Conspiracy
> Count X - Wrongful Death
> Count XI - Loss of Consortium
>
> Other Causes of Action:
> Count XII- Survival Action
> Count XIII – Violation of Racketeer Influenced and Corrupt Organizations Act Pursuant to 18 U.S.C. § 1961, et seq
> Count XIV – Breach of Express and Implied Warranties
> Count XV – Wantonness
> Count XVI – Punitive Damages
> Count XVII – Discovery Rule Tolling Statute of Limitations
> Count XVIII – Fraudulent Concealment Tolling Statute of Limitations
> Count XIX– 42 U.S.C. § 9658 Tolling Statute of Limitations
> Count XX –
> Others
>
> _____
> _____
> _____

## Jury Demand

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: <u>September 3, 2025</u>

                                          Respectfully Submitted,

                                          <u>/s/ *Timothy J. Young*</u>
                                          TIMOTHY J. YOUNG (22677)
                                          **THE YOUNG FIRM**
                                          400 Poydras Street, Suite 2090
                                          New Orleans, Louisiana 70130
                                          Telephone (504) 680-4100
                                          Facsimile (504) 680-4101
                                          tjy@theyoungfirm.com
                                          Attorney for Plaintiffs

| Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies | Causes of Action |
|---|---|---|---|---|---|---|---|---|
| Balenger, Scott | 12/1/1962 | Michigan | Western District of Michigan | ✓ | ✓ | N/A | Kidney Cancer | I to XIX |
| Barts, Stevie | 5/31/1961 | North Carolina | Middle District of North Carolina, Greensboro Division | ✓ | ✓ | N/A | Liver Cancer | I to XIX |
| Becker, Craig | 7/9/1958 | Florida | Northern District of Florida, Pensacola Division | ✓ | ✓ | N/A | Kidney Cancer | I to XIX |
| Benjock, Ronald | 6/2/1984 | Oklahoma | Western District of Oklahoma | ✓ | ✓ | N/A | Testicular Cancer | I to XIX |
| Birmingham, Robert | 8/14/1963 | Florida | Middle District of Florida, Orlando Division | ✓ | ✓ | N/A | Testicular Cancer | I to XIX |
| Cise, Larn | 9/30/1963 | Arizona | District of Arizona | ✓ | ✓ | N/A | Ulcerative Colitis | I to XIX |
| Collins, James | 3/10/1952 | North Carolina | Western District of North Carolina, Charlotte Division | ✓ | ✓ | N/A | Hypothyroidism | I to XIX |
| Cooper, Marion | 5/26/1951 | Georgia | Southern District of Georgia, Brunswick Division | ✓ | ✓ | N/A | Kidney Cancer | I to XIX |
| Dickerson, Rita | 1/3/1961 | Florida | Middle District of Florida, Orlando Division | ✓ | ✓ | N/A | Hypothyroidism | I to XIX |
| Diggins, Andrew | 1/1/1946 | Michigan | Eastern District of Michigan | ✓ | ✓ | N/A | Kidney Cancer | I to XIX |
| Eckerson, Gary | 2/7/1947 | New York | Northern District of New York, Utica Division | ✓ | ✓ | N/A | Kidney Cancer | I to XIX |
| Everette, Michael | 4/14/1977 | Nevada | District of Nevada | ✓ | ✓ | N/A | Ulcerative Colitis | I to XIX |
| Felix, Robert | 11/2/1971 | Kentucky | Eastern District of Kentucky | ✓ | ✓ | N/A | Hyperthyroidism | I to XIX |
| Gilbert, William | 9/14/1947 | Ohio | Southern District of Ohio, Eastern Division | ✓ | ✓ | N/A | Thyroid Cancer | I to XIX |
| Gray, Dane | 3/16/1995 | California | Central District of California, Southern Division | ✓ | ✓ | N/A | Hypothyroidism | I to XIX |
| Harris, Cary | 9/12/1957 | Oklahoma | Western District of Oklahoma | ✓ | ✓ | N/A | Kidney Cancer | I to XIX |
| Heater, Ralph | 3/31/1945 | Florida | Southern District of Florida, Fort Pierce Division | ✓ | ✓ | N/A | Ulcerative Colitis | I to XIX |
| Heninger, Randy | 8/14/1966 | Utah | District of Utah | ✓ | ✓ | N/A | Thyroid Cancer | I to XIX |
| Kurtz, Adolph | 4/21/1940 | Iowa | Northern District of Iowa, Central Division | ✓ | ✓ | N/A | Kidney Cancer | I to XIX |
| Lange, Shane | 4/17/1978 | Wyoming | District of Wyoming | ✓ | ✓ | N/A | Ulcerative Colitis | I to XIX |
| Lanier, Naomi | 1/31/1968 | Florida | Northern District of Florida, Panama City Division | ✓ | ✓ | N/A | Thyroid Cancer | I to XIX |
| Madere, Joseph | 12/6/1957 | Louisiana | Western District of Louisiana | ✓ | ✓ | N/A | Ulcerative Colitis | I to XIX |
| March, Charles | 2/17/1980 | West Virginia | Southern District of West Virginia, Beckley Division | ✓ | ✓ | N/A | Ulcerative Colitis | I to XIX |
| McCall, Kool | 11/1/1983 | Florida | Middle District of Florida, Jacksonville Division | ✓ | ✓ | N/A | Hypothyroidism | I to XIX |
| Mccombs, Susan | 12/22/1964 | Florida | Northern District of Florida, Panama City Division | ✓ | ✓ | N/A | Ulcerative Colitis | I to XIX |
| McKinnis, Anthony | 10/31/1957 | Georgia | Northern District of Georgia, Atlanta Division | ✓ | ✓ | N/A | Thyroid Cancer | I to XIX |
| Mize, William | 3/2/1969 | New Mexico | District of New Mexico | ✓ | ✓ | N/A | Thyroid Cancer | I to XIX |
| Muhle, Roger | 12/5/1950 | Colorado | District of Colorado | ✓ | ✓ | N/A | Kidney Cancer | I to XIX |
| Olson, Jonathan | 8/4/1955 | Idaho | District of Idaho | ✓ | ✓ | N/A | Thyroid Cancer | I to XIX |
| Painter, Dwight | 7/31/1965 | Arizona | District of Arizona | ✓ | ✓ | N/A | Testicular Cancer | I to XIX |
| Parnell, Edward | 9/1/1940 | Texas | Eastern District of Texas, Tyler Division | ✓ | ✓ | N/A | Hypothyroidism | I to XIX |

2:25-cv-12045-RMG    Date Filed 09/03/25    Entry Number 1    Page 7 of 7
Exhibit A to Short Form Complaint in IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION, MDL No. 2873
The Young Firm, New Orleans, LA

| Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies | Causes of Action |
|---|---|---|---|---|---|---|---|---|
| Parsons, Mary | 2/7/1950 | Colorado | District of Colorado | ✓ | ✓ | N/A | Liver Cancer | I to XIX |
| Phillip, Jill | 11/9/1962 | Florida | Middle District of Florida, Tampa Division | ✓ | ✓ | N/A | Kidney Cancer | I to XIX |
| Pitzer, Barry | 6/25/1956 | Nebraska | District of Nebraska | ✓ | ✓ | N/A | Kidney Cancer | I to XIX |
| Reilly, James | 11/17/1946 | New Jersey | District of New Jersey | ✓ | ✓ | N/A | Ulcerative Colitis | I to XIX |
| Rogers, Robert | 9/16/1968 | Illinois | Northern District of Illinois, Eastern Division | ✓ | ✓ | N/A | Ulcerative Colitis | I to XIX |
| Scott, Shandrica | 8/21/1973 | Virginia | Eastern District of Virginia, Richmond Division | ✓ | ✓ | N/A | Thyroid Cancer | I to XIX |
| Sherwood, Joe | 12/31/1958 | Texas | Southern District of Texas, Houston Division | ✓ | ✓ | N/A | Thyroid Cancer | I to XIX |
| Smith, Benjamin | 11/2/1988 | California | Central District of California, Western Division | ✓ | ✓ | N/A | Kidney Cancer | I to XIX |
| Solak, Michael | 8/25/1958 | Florida | Middle District of Florida, Ocala Division | ✓ | ✓ | N/A | Thyroid Cancer | I to XIX |
| Squires, Christopher | 11/3/1974 | Texas | Northern District of Texas, Fort Worth Division | ✓ | ✓ | N/A | Ulcerative Colitis | I to XIX |
| Stigleman, Richard | 6/6/1960 | Indiana | Southern District of Indiana, Indianapolis Division | ✓ | ✓ | N/A | Thyroid Cancer | I to XIX |
| Taylor, Charlie | 1/12/1949 | Georgia | Northern District of Georgia, Atlanta Division | ✓ | ✓ | N/A | Liver Cancer | I to XIX |
| Varre, Mark | 8/8/1960 | Florida | Middle District of Florida, Tampa Division | ✓ | ✓ | N/A | Ulcerative Colitis | I to XIX |
| Vincent, Victor | 11/18/1946 | Pennsylvania | Western District of Pennsylvania, Pittsburgh Division | ✓ | ✓ | N/A | Kidney Cancer | I to XIX |